Certificate Number: 15111-PAW-DE-030682736

Bankruptcy Case Number: 17-24444



15111-PAW-DE-030682736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2018, at 7:00 o'clock PM EST, Susan Fae Milles completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 7, 2018               By:  /s/Ryan McDonough

                                   Name:  Ryan McDonough

                                   Title:  Executive Director of Education