UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Susan Milles ) | Case No 17-24444-CMB | |
| Susan Milles. ) | Chapter 13 | |
| Debtor/Movant ) | | |
| v. ) | | |
| ) | Related to Doc. No. 40 | |
| No Respondent ) | | |
| = ) | | |

ORDER OF COURT

AND NOW, this __10th__ day of _____July_____, 20 __18__, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion to Employ Realtor is withdrawn without prejudice.

BY THE COURT

_____
UNITED STATES BANKRUPTCY JUDGE

FILED
7/10/18 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Susan F. Milles
    Debtor

Case No. 17-24444-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Jul 10, 2018
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.
db        +Susan F. Milles,    36 Beaver Grade Road,    McKees Rocks, PA 15136-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2018 at the address(es) listed below:
        Donald R. Calaiaro    on behalf of Creditor Judy A Rusnak dcalaiaro@c-vlaw.com,
         cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
        James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson/Montour School District
         jhunt@grblaw.com,    cnoroski@grblaw.com
        Laura M. McCurdy    on behalf of Creditor    Montour School District c/o Weiss Burkardt Kramer,
         LLC. lmccurdy@wbklegal.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Russell A. Burdelski    on behalf of Debtor Susan F. Milles atyrusb@choiceonemail.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                            TOTAL: 8