**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
|     Susan Milles ) | Hearing Date 8/15/18 |
| ) | Hearing Time @10:00am |
|     Susan Milles ) | Case No. 17-24444-CMB |
|         Debtor/Movant ) | Chapter 13 |
|         v. ) | Response due date: 7/23/18 |
| CAVALRY SPV I, LLC ASSIGNEE OF CAPITAL ONE BANK ) | RAB-1 |
|         Creditor/Respondent ) | Filed under Local Bankr. |
| ) | Rule 9013.4  6( |

**CERTIFICATE OF NO OBJECTION**
**ON THE DEBTOR'S MOTION OBJECTING TO CLAIM OF CAVALRY SPV I, LLC**
**ASSIGNEE OF CAPITAL ONE BANK**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 7/05/18_ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ____7/23/18____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                            Respectfully submitted,

                                            BURDELSKI LAW OFFICES

DATE__7/24/18                __/s/Russell A. Burdelski, Esquire_____
                                            R. Burdelski, Esquire PA I.D. # 72688
                                            Burdelski Law Offices
                                            1020 Perry Highway
                                            Pittsburgh, PA 15237
                                            atyrusb@choiceonemail.com
                                            (412) 364-1511