**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Susan Milles | ) | Chapter 13 |
|     Debtor(s) | ) | Case Number 17-2444-CMB |
| | ) | |
| Susan Milles, Debtor(s) | ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO STRIKE CLAIM 4-1 OF CAVALRY SPV 1, ASSIGNEE OF CAPITAL ONE BANK**

    I certify under penalty of perjury that I have served a copy of the Debtors Order Granting Motion to Strike claim 4-1 of Cavalry SPV 1, assignee of Capital One Bank filed with this proceeding on July 26, 2018,

    The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winnecour, and respondent(s) at (list the names and addresses here):

CAVALRY SPV-1, LLC
Attn: Timothy E. Stapleford, CEO
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595


Executed on July 26, 2018

                                        /s/Russell A. Burdelski, Esquire
                                      R. Burdelski, Esquire
                                      Burdelski Law Offices
                                      1020 Perry Highway-
                                      Pittsburgh, PA 15237
                                      (412) 366 - 1511
                                      atyrusb@choiceonemail.com
                                      PA I.D. # 72688

_____July 26, 2018_____DATE