IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Susan Milles ) | Hearing Date 8/15/18 |
|  ) | Hearing Time@10:00am |
| Susan Milles ) | Case No. 17-24444-CMB |
| Debtor/Movant ) | Chapter 13 |
| v. ) | Response due date: 7/23/18 |
| CAVALRY SPV I, LLC ASSIGNEE OF CAPITAL ONE BANK ) | RAB-1 |
| Creditor/Respondent ) | Filed under Local Bankr. |
|  ) | Rule 9013.4 6(. |
|  | Related to Doc. No. 41 |

**ORDER OF COURT**    **ENTERED BY DEFAULT**

AND NOW, this \_\_\_25th\_\_\_ day of \_\_\_July\_\_\_, 20 18 it is hereby ORDERED, ADJUDGED AND DECREED that CAVALRY SPV I, LLC ASSIGNEE OF CAPITAL ONE BANK's claim #4-1 SHALL be stricken from the record as void due the fact that the debt is not collectable under PA State law because it is beyond the Pennsylvania statute of limitations.

Dated \_\_\_July 25,\_\_\_ 20 18

*Carlota M. Böhm* **dmr**
U.S. Bankruptcy Judge

atyrusb@choiceonemail.com

FILED
7/25/18 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Susan F. Milles  
    Debtor

Case No. 17-24444-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jul 25, 2018  
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2018.  
db          +Susan F. Milles,    36 Beaver Grade Road,    McKees Rocks, PA 15136-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14747279       +E-mail/Text: bankruptcy@cavps.com Jul 26 2018 02:05:19     Cavalry SPV I, LLC,  
          500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321  
                                                                                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
          Donald R. Calaiaro    on behalf of Creditor Judy A Rusnak dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
          James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson/Montour School District    jhunt@grblaw.com, cnoroski@grblaw.com
          Laura M. McCurdy    on behalf of Creditor    Montour School District c/o Weiss Burkardt Kramer, LLC. lmccurdy@wbklegal.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski    on behalf of Debtor Susan F. Milles atyrusb@choiceonemail.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                             TOTAL: 8