UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **SUSAN MILLES** | ) | Case No. 17-24444-CMB |
| | ) | Chapter 13 |
| Debtor, | ) | Filed Under Local Rule |
| | ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire | ) | RAB-5 |
| Applicant | ) | Hearing Date _9/19/18@_10:00 am |
| | ) | |
| | ) | Response Due 9/10/18 |
| No Respondent | ) | |

**CERTIFICATE OF NO OBJECTION
ON THE APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE
DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on _8/23/18___ has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon. Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ___9/10/18____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

BURDELSKI LAW OFFICES

DATE__9/11/18               __/s/Russell A. Burdelski, Esquire_____
                            R. Burdelski, Esquire PA I.D. # <u>72688</u>
                            Burdelski Law Offices
                            1020 Perry Highway
                            Pittsburgh, PA 15237
                            (412) 366-1511
                            atyrusb@choiceonemail.com