**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Susan Milles | ) | Chapter 13 |
| Debtor(s) | ) | Case Number 17-24444-CMB |
| | ) | |
| Susan Milles, Debtor(s) | ) | |

### CERTIFICATE OF SERVICE OF DECLARATION IN RE NOTICE OF MORTGAGE PAYMENT CHANGE

    I certify under penalty of perjury that I have served a copy of the Debtors Declaration in re Notice of Mortgage Payment Change filed with this proceeding on August 6, 2019,

    The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winnecour, and respondent(s) at (list the names and addresses here):

**Chalet Properties III, LLC**
**c/o Michelle R Ghidotti-Gonsalves**
**1920 Old Tustin Ave**
**Santa Ana, CA 92705**

Executed on August 6, 2019

                                            ___/s/Russell A. Burdelski, Esquire_
                                            R. Burdelski, Esquire
                                            Burdelski Law Offices
                                            1020 Perry Highway-
                                            Pittsburgh, PA 15237
                                            (412) 366 - 1511
                                            atyrusb@choiceonemail.com
                                            PA I.D. # 72688

_____August 6, 2019_____DATE