**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
SUSAN F. MILLES                                         Case No. 17-24444CMB

        Debtor(s)
RONDA J. WINNECOUR,                                     Chapter 13
Standing Chapter 13 Trustee,

        Movant                                          Document No __
vs.
MONTOUR SD (ROBINSON) (RE)

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

MONTOUR SD (ROBINSON) (RE)                              Court claim# 3/Trustee CID# 10
C/O WEISS BURKARDT KRAMER LLC -
DLNQ CLLCTR
445 FORT PITT BLVD STE 503
PITTSBURGH, PA 15219

The Movant further certifies that on 06/29/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>SUSAN F. MILLES, 36 BEAVER GRADE ROAD, MCKEES ROCKS, PA 15136 | DEBTOR'S COUNSEL:<br>RUSSELL A BURDELSKI ESQ*, LAW OFFICES RUSSELL A BURDELSKI, 1020 PERRY HWY, PITTSBURGH, PA 15237 |
| :<br>WEISS BURKARDT KRAMER LLC, 445 FORT PITT BLVD STE 503, PITTSBURGH, PA  15219<br><br>NEW CREDITOR: | ORIGINAL CREDITOR:<br>MONTOUR SD (ROBINSON) (RE), C/O WEISS BURKARDT KRAMER LLC - DLNQ CLLCTR, 445 FORT PITT BLVD STE 503, PITTSBURGH, PA  15219 |