**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SUSAN F. MILLES | Case No. 17-24444CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>MONTOUR SD (ROBINSON) (RE) | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| MONTOUR SD (ROBINSON) (RE)<br>C/O WEISS BURKARDT KRAMER LLC - DLNQ CLLCTR<br>445 FORT PITT BLVD STE 503<br>PITTSBURGH, PA 15219 | Court claim# 3/Trustee CID# 21 |

The Movant further certifies that on 06/29/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
| cc:  debtor(s)<br>      original creditor<br>      putative creditor<br>      counsel for debtor(s)<br>      counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| SUSAN F. MILLES, 36 BEAVER GRADE ROAD, MCKEES ROCKS, PA 15136 | RUSSELL A BURDELSKI ESQ*, LAW OFFICES RUSSELL A BURDELSKI, 1020 PERRY HWY, PITTSBURGH, PA 15237 |
| : WEISS BURKARDT KRAMER LLC, 445 FORT PITT BLVD STE 503, PITTSBURGH, PA  15219 | ORIGINAL CREDITOR: MONTOUR SD (ROBINSON) (RE), C/O WEISS BURKARDT KRAMER LLC - DLNQ CLLCTR, 445 FORT PITT BLVD STE 503, PITTSBURGH, PA  15219 |
| NEW CREDITOR: | |