UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **SUSAN MILLES** ) | Case No. 17-24444-CMB |
| ) | Chapter 13 |
| Debtor, ) | Filed Under Local Rule |
| ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire ) | RAB-5 |
| Applicant ) | Hearing Date _10/28/20@_10:00 am |
| ) | Related to Doc. No. 76 |
| ) | Response Due 9/28/20 |
| No Respondent ) | |

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, to wit, this __1st__ day of __October__, 20__20__

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved in the amount of $_909.00___, which represents $880.00_ in attorney's fees and $___29.00_____ in costs for the time period of 7/06/20 to 9/11/20. Debtor's counsel has already been approved to be paid $6,325.00 to date (*i.e. $1,000.00 retainer and $3,000.00 through the plan and by Order dated 9/14/18 fees of $1275 and costs of $50.00*), and the balance of $909.00 remains and shall be paid by the Chapter 13 Trustee to the extent provided for in the confirmed Chapter 13 Plan. Thus, the grand total of all fees and costs thus far are as follows: *$1,000.00 retainer + $3,000.00 through plan + $1,325.00 +$909.00= $7,234.00*

By the Court

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

Russ@Burdelskilaw.com

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
10/1/20 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24444-CMB |
| Susan F. Milles | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric        Page 1 of 2
Date Rcvd: Oct 01, 2020     Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

**Recip ID      Recipient Name and Address**
db           +  Susan F. Milles, 36 Beaver Grade Road, McKees Rocks, PA 15136-1137

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

**Name**              **Email Address**

Brian Nicholas
    on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Donald R. Calaiaro
    on behalf of Creditor Judy A Rusnak dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Robinson/Montour School District jhunt@grblaw.com  cnoroski@grblaw.com

Laura McCurdy
    on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 User: dric Page 2 of 2
Date Rcvd: Oct 01, 2020 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
    on behalf of Debtor Susan F. Milles Russ@BurdelskiLaw.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 8