Form 106−C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Susan F. Milles

CASE NUMBER: 17−24444−CMB

RELATED TO DOCUMENT NO: 88

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Transfer of Claim No. 5 Other Than for Security that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The name of the Transferee entered into CM/ECF does not match the name of the Transferee on the pdf.

You must file Transfer of Claim No. 5 Other Than for Security, ensuring that the name of Transferee entered into CM/ECF matches the name of Transferee on the pdf, within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Transfer of Claim No. 5 Other Than for Security that is filed in response to this Notice.**

Dated this The 11th of August, 2021

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Susan F. Milles  
    Debtor

Case No. 17-24444-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 2  
Date Rcvd: Aug 11, 2021      Form ID: 106c      Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan F. Milles, 36 Beaver Grade Road, McKees Rocks, PA 15136-1137 |
| | #+ | Richard Postiglione, Friedman Vartolo LLP, 1325 Franklin Ave., Ste. 230, Garden City, NY 11530-1631 |
| | + | Richard Postiglione, Friedman Vartolo LLP, 1325 Franklin Ave., Ste. 160, Garden City,, NY 11530-1631 |
| 14951044 | + | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15402142 | + | Email/Text: bknotices@snsc.com | Aug 11 2021 23:13:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14951490 | *+ | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
    on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Donald R. Calaiaro
    on behalf of Creditor Judy A Rusnak dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Robinson/Montour School District jhunt@grblaw.com cnoroski@grblaw.com

Laura McCurdy
    on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

Lorraine Gazzara Doyle
    on behalf of Creditor BSI Financial Services as servicer for Chalet Properties III LLC lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
    on behalf of Debtor Susan F. Milles Russ@BurdelskiLaw.com russ.burdelski@gmail.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 9