**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/15/2022

IN RE:

SUSAN F. MILLES
36 BEAVER GRADE ROAD
MCKEES ROCKS, PA 15136
XXX-XX-1185          Debtor(s)

Case No.17-24444 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/15/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1013 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DONALD R CALAIARO ESQ**<br>CALAIARO VALENCIK<br>938 PENN AVE STE 501<br>PITTSBURGH, PA  15222-3708 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JUDY RUSNAK/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WEISS BURKHARDT KRAMER LLC (FORMERLY**<br>445 FORT PITT BLVD STE 503<br>PITTSBURGH, PA  15219 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MONTOUR SD/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DITECH/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DITECH FINANCIAL LLC(*)++**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL  32202 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE CABANA SERIES**<br>C/O SN SERVICING CORP<br>323 FIFTH ST<br>EUREKA, CA  95501 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 0.00<br>COMMENT: PMT/DECLAR*DK4LMT*BGN 12/17*FR DITECH-DOC 63,66*FR CHALET/BSI-DOC 88,9 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7831 |
| **JUDY RUSNAK**<br>C/O CALAIARO VALENCIK<br>938 PENN AVE STE 501<br>PITTSBURGH, PA  15222-3708 | Trustee Claim Number:8  INT %: 5.00%<br>Court Claim Number:1<br>CLAIM: 16,174.00<br>COMMENT: $CL1GOVS@5%MDF/PL*PMT/CONF*2ND/SCH*PMT NT STD~$0ARRS/CL*PMT/TEE | | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: XXXX |
| **MATR**<br>4200 CAMPBELLS RUN RD<br>PITTSBURGH, PA  15205 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 17~WTR AND SWG/SCH-PL*RMVD/PAP | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **MONTOUR SD (ROBINSON) (RE)**<br>C/O WEISS BURKHARDT KRAMER LLC - DLNQ CLI<br>445 FORT PITT BLVD STE 503<br>PITTSBURGH, PA  15219 | Trustee Claim Number:10 INT %: 10.00%<br>Court Claim Number:3<br>CLAIM: 50.62<br>COMMENT: PMTS PROPER/CONF*267-M-130;13*2000.13/PL-CL@10%/PL*WNTS 10%*W/21*PIF/( | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: M130 |

| Creditor | Trustee Info | Cred Desc / Account |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RMVD/PAP | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0292 |
| **CAVALRY SPV I LLC - ASSIGNEE(\*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC\*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: CAP ONE\*STRICKEN/DOE\*CL=2551.86\*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4882 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 702.50<br>COMMENT: CREDIT ONE/SHERMAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3886 |
| **DUQUESNE LIGHT COMPANY\***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,176.47<br>COMMENT: 4400/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8444 |
| **REGIONAL ACCEPTANCE++**<br>4770 DUKE DRIVE<br>STE 203<br>MASON, OH 45040 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~REPO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BRADY FUNERAL HOME**<br>920 CEDAR AVE<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim Info | Credit Description |
|---|---|---|
| **MONTOUR SD (ROBINSON) (RE)**<br>C/O WEISS BURKARDT KRAMER LLC - DLNQ CLI<br>445 FORT PITT BLVD STE 503<br>PITTSBURGH, PA  15219 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM: 64.39<br>COMMENT:  PMTS PROPER/CONF*267-M-130;13*NON%*1970.78/PL-CL@0%/PL*W/10*PIF/CRED | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  M130 |
| **US BANK TRUST NA - TRUSTEE CABANA SERIES**<br>C/O SN SERVICING CORP<br>323 FIFTH ST<br>EUREKA, CA  95501 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM: 11,233.48<br>COMMENT:  $/PL-CL*THRU 11/17*FR DITECH-DOC 63,66*FR CHALET/BSI-DOC 88,92 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  7831 |
| **MONTOUR SD & ROBINSON TOWNSHIP (EIT)**<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM: 621.11<br>COMMENT:  1185;07,08*$/PL-CL*NT/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  1185 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM: 281.70<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **AMERICAN EXPRESS**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FRIEDMAN VARTOLO LLP**<br>1325 FRANKLIN AVE STE 160<br>GARDEN CITY, NY  11530 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT:  BSI FNCL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |