IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-24444-CMB |
| Susan F. Milles | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #__101____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Susan F. Milles | ) | |
| | ) | |
| Respondent(s) | ) | |

<u>NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL</u>

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **<u>Zoom Video Conference</u>** hearing on the Trustee's motion will be held on **February 9, 2023, at 1:30 p.m. before Judge Carlota Böhm.** Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **January 30, 2023.**

| | |
|---|---|
| <u>1/10/23</u> | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24444-CMB |
| Susan F. Milles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 13, 2023 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan F. Milles, 36 Beaver Grade Road, McKees Rocks, PA 15136-1137 |
| cr | + | BSI Financial Services as servicer for Chalet Prop, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Township of Robinson/Montour School District, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | U.S. Bank Trust National Association as Trustee of, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14722973 | | DITECH FINANCIAL, PO BOX 6176, Rapid City, SD 57709-6176 |
| 14750003 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14724540 | + | Judy A. Rusnak, 14 Utz Lane, Coraopolis, PA 15108-3730 |
| 14735599 | + | MATR, 4200 CAMPBELLS RUN ROAD, Pittsburgh, PA 15205-1306 |
| 14735600 | + | MONTOUR SCHOOL DISTRICT, c/o WEISS BURKHARDT KRAMER LLC, 445 FORT PITT BLVD. SUITE 503, Pittsburgh, PA 15219-1308 |
| 14735604 | + | STEPHEN M. BRADY FUNERAL HOME, 920 CEDAR AVENUE, Pittsburgh, PA 15212-4894 |
| 14760923 | + | Township of Robinson/Montour School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14942174 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2023 00:21:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14735589 | + | Email/Text: bankruptcy@cavps.com | Jan 14 2023 00:20:00 | CAPITAL ONE, c/o CAVALRY PORTFOLIO SERVICE, 500 SUMMIT LAKE DRIVE SUITE 400, Valhalla, NY 10595-2321 |
| 14735591 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2023 00:20:00 | CREDIT ONE BANK, c/o MIDLAND FUNDING, 2365 NORTHSIDE DRIVE SUITE 300, San Diego, CA 92108-2710 |
| 14747279 | + | Email/Text: bankruptcy@cavps.com | Jan 14 2023 00:20:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14951044 | + | Email/Text: bankruptcy@bsifinancial.com | Jan 14 2023 00:20:00 | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 14722974 | ^ | MEBN | Jan 14 2023 00:13:22 | DITECH FINANCING, FKA GREEN TREE SERVNG, C/O KML LAW GROUP, 701 MARKET STREET, STE 5000, Philadelphia, PA 19106-1541 |
| 14735598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2023 00:21:06 | MACY DEPARTMENT STORE, PO BOX 8218, Mason, OH 45040 |
| 14735595 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 14 2023 00:20:00 | DUQUESNE LIGHT COMPANY, C/O PETER J. ASHCROFT, ESQ., 707 GRANT STREET, STE |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2200 GULF TOWER, Pittsburgh, PA 15219-1908 |
| 14735596 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2023 00:21:25 | JCPENNEY/SYNCB, PO BOX 965007, Orlando, FL 32896-5007 |
| 14735590 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2023 00:21:02 | CHASE CARD, PO BOX 15298, Wilmington, DE 19850 |
| 14753502 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2023 00:20:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14735601 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2023 00:20:00 | PA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14723664 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 14 2023 00:21:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732799 | + | Email/Text: ebnpeoples@grblaw.com | Jan 14 2023 00:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14735603 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 14 2023 00:20:46 | REGIONAL ACCEPTANCE, 5425 ROBIN ROAD SUITE 101, Norfolk, VA 23513-2451 |
| 15402332 | ^ | MEBN | Jan 14 2023 00:12:13 | US Bank Trust National Association as, Trustee of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14768654 | | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2023 00:21:26 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15402142 | + | Email/Text: bknotices@snsc.com | Jan 14 2023 00:20:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Chalet Properties III, LLC |
| cr | | Ditech Financial LLC |
| cr | | Montour School District c/o Weiss Burkardt Kramer,, 445 Fort Pitt Blvd., Suite 503, Pittsburgh |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Judy A Rusnak, 14 Utz Lane, Coraopolis, PA 15108-3730 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14951490 | *+ | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 14735592 | * | DITECH FINANCIAL, PO BOX 6176, Rapid City, SD 57709-6176 |
| 14735594 | *+ | DITECH FINANCING, FKA GREEN TREE SERVNG, C/O KML LAW GROUP, 701 MARKET STREET, STE 5000, Philadelphia, PA 19106-1541 |
| 14735593 | ## | DITECH FINANCIAL LLC, PO BOX 6172, Rapid City, SD 57709 |
| 14735597 | ##+ | JUDY RUSNAK, c/o CALAIARO VALENCIK, ATTN: DONALD CALAIARO, ESQUIRE, 428 FORBES AVENUE SUITE 900, Pittsburgh, PA 15219-1621 |
| 14735602 | ##+ | PEOPLES NATURAL GAS, c/o CREDIT PROTECTION ASSOC., ONE GALLERIA TOWER, 13355 NOEL ROAD SUITE 2100, Dallas, TX 75240-6837 |

TOTAL: 3 Undeliverable, 7 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 13, 2023 | Form ID: pdf900 | Total Noticed: 29 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2023                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
   on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Donald R. Calaiaro
   on behalf of Creditor Judy A Rusnak dcalaiaro@c-vlaw.com
   kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Jeffrey R. Hunt
   on behalf of Creditor Township of Robinson/Montour School District jhunt@grblaw.com

Laura McCurdy
   on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

Lauren Moyer
   on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust lmoyer@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Lorraine Gazzara Doyle
   on behalf of Creditor BSI Financial Services as servicer for Chalet Properties III  LLC ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
   on behalf of Debtor Susan F. Milles Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10