**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Susan F. Milles**
**fka Susan F. Lacey**
   Debtor(s)

Bankruptcy Case No.: 17−24444−CMB
Related to Doc. No. 108
Chapter: 13
Docket No.: 109 − 108

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 29th of March, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/15/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/14/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/23.**

                                                          Carlota M Bohm
                                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Susan F. Milles  
    Debtor

Case No. 17-24444-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408v | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan F. Milles, 36 Beaver Grade Road, McKees Rocks, PA 15136-1137 |
| cr | + | BSI Financial Services as servicer for Chalet Prop, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Township of Robinson/Montour School District, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | U.S. Bank Trust National Association as Trustee of, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14722973 | | DITECH FINANCIAL, PO BOX 6176, Rapid City, SD 57709-6176 |
| 14735593 | | DITECH FINANCIAL LLC, PO BOX 6172, Rapid City, SD 57709 |
| 14750003 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14724540 | + | Judy A. Rusnak, 14 Utz Lane, Coraopolis, PA 15108-3730 |
| 14735599 | + | MATR, 4200 CAMPBELLS RUN ROAD, Pittsburgh, PA 15205-1306 |
| 14735600 | + | MONTOUR SCHOOL DISTRICT, c/o WEISS BURKHARDT KRAMER LLC, 445 FORT PITT BLVD. SUITE 503, Pittsburgh, PA 15219-1308 |
| 14735604 | + | STEPHEN M. BRADY FUNERAL HOME, 920 CEDAR AVENUE, Pittsburgh, PA 15212-4894 |
| 14760923 | + | Township of Robinson/Montour School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14942174 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14735589 | + | Email/Text: bankruptcy@cavps.com | Mar 29 2023 23:54:00 | CAPITAL ONE, c/o CAVALRY PORTFOLIO SERVICE, 500 SUMMIT LAKE DRIVE SUITE 400, Valhalla, NY 10595-2321 |
| 14735591 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | CREDIT ONE BANK, c/o MIDLAND FUNDING, 2365 NORTHSIDE DRIVE SUITE 300, San Diego, CA 92108-2710 |
| 14747279 | + | Email/Text: bankruptcy@cavps.com | Mar 29 2023 23:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14951044 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 29 2023 23:53:00 | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 14722974 | ^ | MEBN | Mar 29 2023 23:48:49 | DITECH FINANCING, FKA GREEN TREE SERVNG, C/O KML LAW GROUP, 701 MARKET STREET, STE 5000, Philadelphia, PA 19106-1541 |
| 14735598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:41 | MACY DEPARTMENT STORE, PO BOX 8218, Mason, OH 45040 |
| 14735595 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 29 2023 23:55:00 | DUQUESNE LIGHT COMPANY, C/O PETER J. |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408v | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | ASHCROFT, ESQ., 707 GRANT STREET, STE 2200 GULF TOWER, Pittsburgh, PA 15219-1908 |
| 14735596 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:04 | JCPENNEY/SYNCB, PO BOX 965007, Orlando, FL 32896-5007 |
| 14735590 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:51 | CHASE CARD, PO BOX 15298, Wilmington, DE 19850 |
| 14753502 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14735601 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2023 23:54:00 | PA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14723664 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732799 | + | Email/Text: ebnpeoples@grblaw.com | Mar 29 2023 23:53:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14735603 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 29 2023 23:53:01 | REGIONAL ACCEPTANCE, 5425 ROBIN ROAD SUITE 101, Norfolk, VA 23513-2451 |
| 15402332 | ^ | MEBN | Mar 29 2023 23:47:05 | US Bank Trust National Association as, Trustee of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14768654 | | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 23:52:58 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15402142 | + | Email/Text: bknotices@snsc.com | Mar 29 2023 23:55:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Chalet Properties III, LLC |
| cr | | Ditech Financial LLC |
| cr | | Montour School District c/o Weiss Burkardt Kramer,, 445 Fort Pitt Blvd., Suite 503, Pittsburgh |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Judy A Rusnak, 14 Utz Lane, Coraopolis, PA 15108-3730 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14951490 | *+ | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 14735592 | * | DITECH FINANCIAL, PO BOX 6176, Rapid City, SD 57709-6176 |
| 14735594 | *+ | DITECH FINANCING, FKA GREEN TREE SERVNG, C/O KML LAW GROUP, 701 MARKET STREET, STE 5000, Philadelphia, PA 19106-1541 |
| 14735597 | ##+ | JUDY RUSNAK, c/o CALAIARO VALENCIK, ATTN: DONALD CALAIARO, ESQUIRE, 428 FORBES AVENUE SUITE 900, Pittsburgh, PA 15219-1621 |
| 14735602 | ##+ | PEOPLES NATURAL GAS, c/o CREDIT PROTECTION ASSOC., ONE GALLERIA TOWER, 13355 NOEL ROAD SUITE 2100, Dallas, TX 75240-6837 |

TOTAL: 3 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408v | Total Noticed: 30 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Creditor Judy A Rusnak dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Robinson/Montour School District jhunt@grblaw.com |
| Laura McCurdy | on behalf of Creditor Montour School District c/o Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Lorraine Gazzara Doyle | on behalf of Creditor BSI Financial Services as servicer for Chalet Properties III LLC ldoyle@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Susan F. Milles Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 10